IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ENRON CORP. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL – 1446 |
| PAMELA M. TITTLE, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>ENRON CORP., et al.,<br><br>       Defendants. | CIVIL ACTION NO. H-01-3913 AND CONSOLIDATED CASES |

**PRAECIPE**

The *Tittle* Plaintiffs hereby file the attached First Amendment to Class Action Settlement Agreement with all signature pages (*See* Exhibit 1). This document amends Exhibit A to the Memorandum in Support of *Tittle* Plaintiffs' Motion for Order Preliminarily Approving Proposed Partial Settlement With The Northern Trust Company and Conditionally Certifying Class for Purposes of Settlement which was approved by the Court on April 20, 2006.

1

DATED this 18th day of July, 2006.

                              **KELLER ROHRBACK L.L.P.**

                              By: _____
                              Lynn Lincoln Sarko
                              Britt L. Tinglum
                              1201 Third Avenue, Suite 3200
                              Seattle, WA 98101
                              Telephone: (206) 623-1900
                              Fax: (206) 623-3384

                              **Co-Lead Counsel for *Tittle* Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on _July 20_, 2006, a true and correct copy of the foregoing document was served upon all known counsel of record via the http://www.esl3624.com website pursuant to the Court's April 10, 2002 Order Regarding Service of Papers and Notice of Hearings.

_[signature]_
Erica K. Siegel
Legal Assistant

EXHIBIT 1

## FIRST AMENDMENT TO CLASS ACTION SETTLEMENT AGREEMENT DATED APRIL 13, 2006

The parties to the above identified Settlement hereby amend the Settlement Agreement as follows:

The text of Paragraph 3.1.1 is deleted and replaced with the following language:

> Effective at the time prescribed in Section 3.4.3, Named Plaintiffs, on behalf of themselves, on behalf of the Settlement Class and on behalf of the Enron Plans, absolutely and unconditionally release and forever discharge TNTC and the Carriers (with respect to the Carriers' coverage for TNTC only) from all Claims (as defined below) that Named Plaintiffs, the Settlement Class and the Enron Plans directly, indirectly, derivatively, or in any other capacity ever had, now have or hereafter may have ("Plaintiffs' Released Claims").

IN WITNESS WHEREOF, the parties to the Settlement Agreement have executed this First Amendment to the Class Action Settlement Agreement on the date(s) set forth below.

NAMED PLAINTIFFS:

PAMELA M. TITTLE on behalf of herself and all members of the Settlement Class:

Dated: *July 19, 2006*

By: *[signature]*
Lynn Lincoln Sarko, Esq.
Britt L. Tinglum, Esq.
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Phone: (206) 623-1900
Fax: (206) 623-3384

Dated: July 19, 2006

By: /s/ Clyde A. Platt
Steve W. Berman, Esq.
Clyde A. Platt, Jr., Esq.
HAGENS BERMAN SOBOL
  SHAPIRO LLP
1301 Fifth Avenue, Suite 2929
Seattle, WA 98101
Phone: (206) 623-7292
Fax: (206) 623-0594

THE NORTHERN TRUST COMPANY

Dated: _July 20, 2006_  By: _/s/ Linda L. Addison_
Linda Addison
Richard Wilson
FULBRIGHT & JAWORSKI
1301 McKinney, Suite 5100
Houston, TX 77002-3095
Phone: (713) 651-5151
Fax: (713) 651-5246