IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ENRON CORP. SAVINGS PLAN and the ADMINISTRATIVE COMMITTEE OF ENRON CORP. SAVINGS PLAN<br><br>Plaintiffs,<br><br>VS.<br><br>HEWITT ASSOCIATES, LLC<br><br>Defendant. | §§§§§§§§§§§<br><br>CIVIL ACTION NO. H01-3913<br>AND CONSOLIDATED CASES<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION TO EXTEND THE CLAIMANT ALLOCATION SET-OFF PROCESS TO THE *NEWBY* AND STATE STREET SETTLEMENT DISTRIBUTIONS

The Court has considered the Motion to Extend the Claimant Allocation Set-Off Process to the *Newby* and State Street Settlement Distributions (the "Motion") filed by the Enron Corp. Savings Plan (the "Savings Plan") and its Administrative Committee. Defendants are not opposed to the relief sought in the Motion. For the reasons set forth in the Motion, the Court is of the opinion that the Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that the claimant allocation set-off process authorized in this Court's July 27, 2007 and March 13, 2008 orders (Docket Nos. 1334 and 1371), shall be applied to the upcoming distributions from the *Newby* and State Street fund.

SIGNED in Houston, Texas this _____ day of _____, 2009

_____
JUDGE MELINDA HARMON
UNITED STATES DISTRICT JUDGE