IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAMELA M. TITTLE, et al., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. H-01-3913 |
| vs. | § § | AND CONSOLIDATED CASES |
| ENRON CORP, et al., | § § § | |
| Defendants. | § | |
| ENRON CORP. SAVINGS PLAN and the ADMINISTRATIVE COMMITTEE OF ENRON CORP. SAVINGS PLAN, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:07-CV-04081 CONSOLIDATED INTO H-01-3913 |
| vs. | § § | |
| HEWITT ASSOCIATES, LLC, | § § | |
| Defendant. | § | |
| ENRON CREDITORS RECOVERY CORP., formerly known as Enron Corp., an Oregon Corporation, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. H-08-01894 CONSOLIDATED INTO H-01-3913 |
| vs. | § § | |
| HEWITT ASSOCIATES, LLC, | § § | |
| Defendant. | § | |
| HEWITT ASSOCIATES, LLC, | § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. H-08-2699 CONSOLIDATED INTO H-01-3913 |
| ENRON CREDITORS RECOVERY CORP., f/k/a ENRON CORP., | § § § | |
| Defendant. | § § | |

## ORDER APPROVING SETTLEMENT AGREEMENT

1. The Parties' settlement of the claims asserted, or that could have been asserted, in the Litigation are hereby approved upon the terms provided in the Settlement Agreement filed under seal as Exhibit A to the Joint Motion for Approval of Settlement.

2. The Parties are directed to proceed with consummating the settlement in accordance with the Settlement Agreement, including but not limited to Section 3.5 contained therein.

3. The Court retains exclusive jurisdiction to resolve any disputes or challenges that may arise as to the performance of the parties' written settlement agreement, or any challenges as to the validity, interpretation, administration or enforcement of such agreement and reserves the power to enter additional orders to effectuate consummation of the written settlement agreement and to resolve any and all disputes arising thereunder.

IT IS SO ORDERED.

Dated this 11th day of May, 2011.

THE HONORABLE MELINDA J. HARMON,
UNITED STATES DISTRICT COURT JUDGE